IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTHONY BARRON,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner,<br><br>            Defendant. | Civil Action No. 7:12-CV-134 (HL) |

### ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 17) is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed an objection to the Recommendation. Plaintiff contends that the Appeals Council committed error by not remanding Plaintiff's claim to the ALJ upon consideration of Dr. Savelli's medical opinion. The Court has reviewed the administrative file, the Recommendation, and the objection, and finds no reason to reject the Recommendation or remand the case to the ALJ. The objection is overruled.

The Court accepts and adopts the Recommendation. The Commissioner's decision is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 6th day of November, 2013.

                                                *s/ Hugh Lawson*
                                                **HUGH LAWSON, SENIOR JUDGE**

mbh